**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6169

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

CEDRIC O'NEAL BUTLER,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Margaret B. Seymour, District Judge.
(1:05-cr-01220-MBS-1)

Submitted:  May 20, 2010              Decided:  May 27, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cedric O'Neal Butler, Appellant Pro Se.  Stanley Duane Ragsdale,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric O'Neal Butler appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion on his behalf. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Butler, No. 1:05-cr-01220-MBS-1 (D.S.C. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED